**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MYMAIL, LTD,** § | |
| § | |
| **Plaintiff** § | |
| § | **CASE NO. 6:04-CV-189** |
| v. § | |
| § | |
| **AMERICA ONLINE, ET AL.,** § | |
| § | |
| **Defendants** | |

**ORDER**

As stated on the record during the hearing on November 14, 2005, the Court **GRANTS** MyMail's Motion to Dismiss as Moot Defendants' Counterclaims (Docket No. 429). It is, therefore,

**ORDERED** that Earthlink and UOL's Counterclaims are **DISMISSED WITHOUT PREJUDICE**. The Court will enter an appropriate Final Judgment allowing MyMail to appeal the Court's claim construction and summary judgment opinions.

**So ORDERED and SIGNED this 15th day of November, 2005.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**