## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **MYMAIL, LTD,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | **CASE NO. 6:04-CV-189** |
| **v.** | § | |
| | § | |
| **AMERICA ONLINE, ET AL.,** | § | |
| | § | |
| **Defendants** | | |

### FINAL JUDGMENT

In accordance with the Court's previous order of October 28, 2005 (Docket No. 426) granting Defendants' motions for summary judgment of non-infringement, the Court's orders and the parties' stipulations dismissing claims against certain defendants, and the Court's order this same day dismissing Defendants' counterclaims without prejudice, it is **ORDERED, ADJUDGED, AND DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

**So ORDERED and SIGNED this 15th day of November, 2005.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**