# CHRISTY CROW, INC.

TIN: 02-0576074

# Invoice

D/B/A Crow Reporting Services
6003 Monticello Avenue
Dallas, Texas 75206
Tel 214.455.3599
Fax 214.826.6082

| Date | Invoice # |
|------|-----------|
| 11/23/2004 | 3359 |

| Bill To: | In Re: |
|----------|--------|
| Timothy G. Newman<br>Cardinal Law Group<br>1603 Orrington Avenue<br>Suite 2000<br>Evanston, IL 60201 | MyMail, Ltd.<br>v.<br>America Online, Inc., et al. |

| Job No. | Case No. | Reporter | Terms |
|---------|----------|----------|-------|
| Crow | CA 6:04-CV-189 | CC | Net 30 |

| Date | Description | Amount |
|------|-------------|--------|
| 10/27/2004 | Copy Deposition Transcript of Thomas Selgas | 424.10 |

RECEIVED

NOV 2 2004

CARDINAL LAW GROUP

| | Total | $424.10 |
|--|-------|---------|



# CHRISTY CROW, INC

# Invoice

D/B/A Crow Reporting Services
6023 Monticello Avenue
Dallas, Texas 75205
Tel 214.455.3599
Fax 214.826.6082

| | | Date | Invoice # |
|---|---|---|---|
| | | 9/8/2005 | 3725 |

**Bill To:**

Timothy G. Newman
Cardinal Law Group
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

**In Re:**

MyMail, Ltd.
v.
America Online, Inc., et al.

| Job No. | Case No. | Reporter | Terms |
|---|---|---|---|
| Crow | 6:04-CV-189 | CC | Net 30 |

| Date | Description | Amount |
|---|---|---|
| 8/18/2005 | Copy Deposition Transcript of Adam Bernstein | 96.80 |

| | **Total** | **$96.80** |

# CHRISTY CROW, INC.

TIN: 02-0576074

# Invoice

**D/B/A Crow Reporting Services**
6023 Monticello Avenue
Dallas, Texas 75206
Tel 214.455.3599
Fax 214.826.6082

| Date | Invoice # |
|------|-----------|
| 7/6/2005 | 3648 |

| **Bill To:** | **In Re:** |
|---|---|
| Timothy G. Newman<br>Cardinal Law Group<br>1603 Orrington Avenue<br>Suite 2000<br>Evanston, IL 60201 | MyMail, Ltd.<br>v.<br>America Online, Inc., et al. |

| Job No. | Case No. | Reporter | Terms |
|---------|----------|----------|-------|
| Crow | 6:04-CV-189 | CC | Net 30 |

| Date | Description | Amount |
|------|-------------|--------|
| 6/1/2005 | Copy Deposition Transcript of Gregory W. Carr, Vol. 3 | 309.49 |
| 6/1/2005 | Copy Deposition Transcript of Bradley Ellis | 147.51 |
| 6/2/2005 | Copy Deposition Transcript of Thomas D. Selgas | 251.04 |
| 6/2/2005 | Copy Deposition Transcript of Robert D. McCutcheon | 117.77 |
| 6/2/2005 | Copy Deposition Transcript of Bruce Lutz | 115.78 |

| Thank you for your business. | **Total** | $941.59 |
|---|---|---|



# CHRISTY CROW, INC.

TIN: 02-0576074

# Invoice

**D/B/A Crow Reporting Services**
6023 Monticello Avenue
Dallas, Texas 75206
Tel. 214.455.3599
Fax 214.826.6082

| Date | Invoice # |
|------|-----------|
| 1/23/2005 | 3431 |

| Bill To: | In Re: |
|----------|--------|
| Timothy G. Newman<br>Cardinal Law Group<br>1603 Orrington Avenue<br>Suite 2000<br>Evanston, IL 60201 | MyMail, Ltd.<br>v.<br>America Online, Inc., et al. |

| Job No. | Case No. | Reporter | Terms |
|---------|----------|----------|-------|
| Crow | 6:04-CV-189 | CC | Net 30 |

| Date | Description | Amount |
|------|-------------|--------|
| 12/7/2004 | Copy Deposition Transcript of Gregory W. Carr, Vol. 1 | 782.70 |
| 12/8/2004 | Copy Deposition Transcript of Gregory W. Carr, Vol. 2 | 512.90 |
| 12/8/2004 | Copy Deposition Transcript of Thomas Selgas, Vol. 1 | 490.45 |
| 12/9/2004 | Copy Deposition Transcript of Thomas Selgas, Vol. 2 | 568.20 |
| 12/9/2004 | Copy Deposition Transcript of Thomas Selgas, Vol. 3 | 504.30 |

**RECEIVED**

JAN 2 7 2005

CARDINAL LAW GROUP

| | **Total** | $2,858.55 |
|---|---|---|

# DICKMAN DAVENPORT, INC.

**SUITE 1010**
**3838 OAK LAWN AVENUE**
**DALLAS, TX 75219**
Phone: **(214) 855-5100**   Fax: **(214) 855-5181**

Job #: 050325JD1
Job Date: 03/25/2005
Order Date: 03/25/2005
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:



| | |
|---|---|
| **Invoice #:** | 41917 |
| **Inv.Date:** | 05/17/2005 |
| **Balance:** | $495.30 |

---

**Bill To:**
Mr. Timothy G. Newman
Cardinal Law Group
Suite 2000
1603 Orrington Avenue
Evanston, IL 60201

**Action:** **Mymail, Ltd.**
**vs**
**America Online, Inc., et al.**
**Action #:** 6:04-CV-189
**Rep:** JD1
**Cert:**

---

| Eric Helen | Copy Of Deposition | $495.30 |
|---|---|---|
| | | |

**Comments:**

AMEX MC VISA DISCOVER ACCEPTED/PAYABLE IN DALLAS COUNTY

| | |
|---|---|
| Sub Total | $495.30 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$495.30** |
| Payment | $0.00 |
| **Balance Due** | **$495.30** |

| | |
|---|---|
| *Federal Tax I.D.:* 75-2486492 | *Terms:* |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Timothy G. Newman
Cardinal Law Group
Suite 2000
1603 Orrington Avenue
Evanston, IL 60201

**Deliver To:**
Mr. Timothy G. Newman
Cardinal Law Group
Suite 2000
1603 Orrington Avenue
Evanston, IL 60201



**DICKMAN DAVENPORT, INC.**
**SUITE 1010**
**3838 OAK LAWN AVENUE**
**DALLAS, TX 75219**

Phone: **(214) 855-5100**
Fax: **(214) 855-5181**

**Invoice #:** 41917
**Inv.Date:** 05/17/2005
**Balance:** $495.30
**Job #:** 050325JD1
**Job Date:** 03/25/2005
**DB Ref.#:**
**Date of Loss:**  / /
**Your File #:**
**Your Client:**

# DICKMAN DAVENPORT, INC.

**SUITE 1010**
**3838 OAK LAWN AVENUE**
**DALLAS, TX 75219**
*Phone:* **(214) 855-5100**   *Fax:* **(214) 855-5181**

**Job #:** 050520LL
**Job Date:** 05/20/2005
**Order Date:** 05/20/2005
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Invoice

**Invoice #:** 42332
**Inv.Date:** 06/09/2005
**Balance:** $167.85

| | |
|---|---|
| **Bill To:**<br>Mr. Timothy G. Newman<br>Cardinal Law Group<br>Suite 2000<br>1603 Orrington Avenue<br>Evanston, IL 60201 | **Action:** **Mymail, Ltd.**<br>vs<br>**America Online, Inc., et al.**<br>**Action #:** 6:04-CV-189<br>**Rep:** LL<br>**Cert:** |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Michael Dickerson | Copy Of Deposition | $167.85 |

**Comments:**

AMEX MC VISA DISCOVER ACCEPTED/PAYABLE IN DALLAS COUNTY

| | |
|---|---|
| Sub Total | $167.85 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $167.85 |
| Payment | $0.00 |

**Federal Tax I.D.:** 75-2486492      **Terms:**

| | |
|---|---|
| **Balance Due** | **$167.85** |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

| | |
|---|---|
| **Bill To:**<br>Mr. Timothy G. Newman<br>Cardinal Law Group<br>Suite 2000<br>1603 Orrington Avenue<br>Evanston, IL 60201 | **Deliver To:**<br>Mr. Timothy G. Newman<br>Cardinal Law Group<br>Suite 2000<br>1603 Orrington Avenue<br>Evanston, IL 60201 |

# Invoice

**Phone:** (214) 855-5100
**Fax:** (214) 855-5181

**DICKMAN DAVENPORT, INC.**
**SUITE 1010**
**3838 OAK LAWN AVENUE**
**DALLAS, TX 75219**

**Invoice #:** 42332
**Inv.Date:** 06/09/2005
**Balance:** $167.85
**Job #:** 050520LL
**Job Date:** 05/20/2005
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# DICKMAN DAVENPORT, INC.

SUITE 1010
3838 OAK LAWN AVENUE
DALLAS, TX 75219

Phone: **(214) 855-5100**    Fax: **(214) 855-5181**

Job #: 050519JD1
Job Date: 05/19/2005
Order Date: 05/19/2005
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 42327
**Inv.Date:** 06/09/2005
**Balance:** $483.35

| Bill To: | Action: **Mymail, Ltd.** |
| --- | --- |
| Mr. Timothy G. Newman<br>Cardinal Law Group<br>Suite 2000<br>1603 Orrington Avenue<br>Evanston, IL 60201 | vs<br>**America Online, Inc., et al.**<br>Action #: **6:04-CV-189**<br>Rep: **JD1**<br>Cert: |

| Item | Proceeding/Witness | Description | Amount |
| --- | --- | --- | --- |
| 1 | Robert W. Zinnel | Copy Of Deposition | $483.35 |

**Comments:**

AMEX MC VISA DISCOVER ACCEPTED/PAYABLE IN DALLAS COUNTY

| | |
| --- | --- |
| Sub Total | $483.35 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$483.35** |
| Payment | $0.00 |
| **Balance Due** | **$483.35** |

Federal Tax I.D.: 75-2486492     Terms:

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

| Bill To: | Deliver To: |
| --- | --- |
| Mr. Timothy G. Newman<br>Cardinal Law Group<br>Suite 2000<br>1603 Orrington Avenue<br>Evanston, IL 60201 | Mr. Timothy G. Newman<br>Cardinal Law Group<br>Suite 2000<br>1603 Orrington Avenue<br>Evanston, IL 60201 |

# Invoice

Phone: **(214) 855-5100**
Fax: **(214) 855-5181**

**DICKMAN DAVENPORT, INC.**
SUITE 1010
3838 OAK LAWN AVENUE
DALLAS, TX 75219

**Invoice #:** 42327
**Inv.Date:** 06/09/2005
**Balance:** $483.35
Job #: 050519JD1
Job Date: 05/19/2005
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# DICKMAN DAVENPORT, INC.

SUITE 1010
3838 OAK LAWN AVENUE
DALLAS, TX 75219
Phone: (214) 855-5100    Fax: (214) 855-5181

**Job #:** 050513KD1
**Job Date:** 05/13/2005
**Order Date:** 05/13/2005
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**



# Invoice

**Invoice #:** 42730
**Inv.Date:** 07/13/2005
**Balance:** $559.60

| Bill To: | Action: Mymail, Ltd. |
|----------|----------------------|
| Timothy G. Newman | *vs* |
| Cardinal Law Group | America Online, Inc., et al. |
| Suite 2000 | ... #: 6:04-CV-189 |
| 1603 Orrington Avenue | Rep..: KW1 |
| Evanston, IL 60201 | Cert: |

| Item | Proceeding/Witness | Description | Amount |
|------|--------------------|-------------|--------|
| 1 | Thomas D. Selgas | Original & One Copy | $559.60 |

| Comments: | | |
|-----------|--|--|
| | Sub Total | $559.60 |
| AMEX MC VISA DISCOVER ACCEPTED/PAYABLE IN DALLAS COUNTY | Shipping | $0.00 |
| | Tax | N/A |
| | **Total Invoice** | $559.60 |
| | Payment | $0.00 |
| Federal Tax I.D.: 75-2486492    Terms: | **Balance Due** | $559.60 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

| Bill To: | Deliver To: |
|----------|-------------|
| Timothy G. Newman | Timothy G. Newman |
| Cardinal Law Group | Cardinal Law Group |
| Suite 2000 | Suite 2000 |
| 1603 Orrington Avenue | 1603 Orrington Avenue |
| Evanston, IL 60201 | Evanston, iL 60201 |

# Invoice

Phone: (214) 855-5100
Fax: (214) 855-5181

**Invoice #:** 42730
**Inv.Date:** 07/13/2005
**Balance:** $559.60
**Job #:** 050513KD1
**Job Date:** 05/13/2005
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

DICKMAN DAVENPORT, INC.
SUITE 1010
3838 OAK LAWN AVENUE
DALLAS, TX 75219

# DICKMAN DAVENPORT, INC.

**SUITE 1010**
**3838 OAK LAWN AVENUE**
**DALLAS, TX 75219**
**Phone: (214) 855-5100**    **Fax: (214) 855-5181**

Job #: 050125JD1
Job Date: 01/25/2005
Order Date: 01/25/2005
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #:      409'
Inv.Date:    02/08/200
Balance:     $445.9

| | |
|---|---|
| *Bill To:* | *Action:* **Mymail, Ltd.** |
| Mr. Timothy G. Newman | vs |
| Cardinal Law Group | **America Online, Inc., et al.** |
| Suite 2000 | *Action #:* **6:04-CV-189** |
| 1603 Orrington Avenue | *Rep:* JD1 |
| Evanston, IL 60201 | *Cert:* |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Tom Selgas | Copy Of Deposition | $445.9 |

**Comments:**

AMEX MC VISA DISCOVER ACCEPTED/PAYABLE IN DALLAS COUNTY

| | |
|---|---|
| Sub Total | $445.9 |
| Shipping | $0.0 |
| Tax | N/A |
| **Total Invoice** | **$445.9** |
| Payment | $0.0 |
| **Balance Due** | **$445.95** |

| *Federal Tax I.D.:* 75-2486492 | *Terms:* |
|---|---|

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

*Bill To:*
Mr. Timothy G. Newman
Cardinal Law Group
Suite 2000
1603 Orrington Avenue
Evanston, IL 60201

*Deliver To:*
Mr. Timothy G. Newman
Cardinal Law Group
Suite 2000
1603 Orrington Avenue
Evanston, IL 60201

# Invoice

Invoice #: 40917
Inv.Date: 02/08/2005
Balance: $445.95
Job #: 050125JD1
Job Date: 01/25/2005
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Phone: (214) 855-5100
Fax: (214) 855-5181

**DICKMAN DAVENPORT, INC.**
**SUITE 1010**
**3838 OAK LAWN AVENUE**
**DALLAS, TX 75219**



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3101 BEE CAVES ROAD, #220
AUSTIN, TEXAS  78746
(512)328-5557  FAX (512)328-8139

To:

Cardinal Law Group
1603 Orrington Avenue, Suite 2000
Evanston, IL 60201

| INVOICE NUMBER | DATE |
|---|---|
| 192046EAN | 08/15/05 |

ATTN : Timothy G. Newman, Esq.

| Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

    MYMAIL V. AMERICA ONLINE

UPS Copy

Thank You!

BALANCE DUE

| TOTAL | 460.93 | Thank You |
|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)331-2280
Fax (210)558-3670

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 178839  TOT: $460.93
INVOICE #: 192046EAN
DATE: 08/15/05

Cardinal Law Group
Attn: Timothy G. Newman, Esq.
1603 Orrington Avenue, Suite 2000
Evanston, IL 60201





**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Tel (214) 257-1436     Fax (214) 954-0506

54137     ESQUN02

| INVOICE NUMBER | DATE |
|---|---|
| 57504EDA | 10/31/05 |

To:

Cardinal Law Group
1603 Orrington
Suite 2000
Evanston, IL 60201

ATTN : Tim Newman, Esq.                                **Due Upon Receipt**

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

    MYMAIL VS. AMERICA ONLINE

    SERVICES PROVIDED ON 10/13/05:
Edward Ramos                        1- 111   111 PGS                    1CC

Copy of Deposition
This depositin was taken in
New York
Administration Fee
Binders
Condensed Transcript
Word Index
CD-Litigation Support
Shipping & Handling
THANK YOU!

| | | |
|---|---|---|
| **BALANCE DUE** | **TOTAL** | 428.90 |

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

**For Invoice Questions,**
**Please Call**
**214-257-1436**
Fax 214-954-0506

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 54137   TOT: $428.90
INVOICE #: 57504EDA
DATE: 10/31/05

Cardinal Law Group
Attn: Tim Newman, Esq.
1603 Orrington
Suite 2000
Evanston, IL 60201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE**
DEPOSITION SERVICES®
— A HOBART WEST COMPANY —

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Tel (214) 257-1436    Fax (214) 954-0506

52891    RANDB01

To:

Cardinal Law Group
1603 Orrington
Suite 2000
Evanston, IL 60201

ATTN : Tim Newman, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 56209EDA | 08/18/05 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

MYMAIL VS. AMERICA ONLINE

SERVICES PROVIDED ON 08/05/05:
Eric Heien                1- 101   101 PGS          1CC

Copy of Deposition
Administration Fee
4" Binders
Condensed Transcript
Word Index
E-Trans diskette/per witness
Exhibits
Exhibit Tabs
Shipping & Handling
THANK YOU!

BALANCE DUE

| TOTAL | |
|---|---|
| | 631.10 |

Thank Yo

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
214-257-1436
Fax 214-954-0506

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 52891   TOT: $631.10
INVOICE #: 56209EDA
DATE: 08/18/05

Cardinal Law Group
Attn: Tim Newman, Esq.
1603 Orrington
Suite 2000
Evanston, IL 60201



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Tel (214) 257-1436    Fax (214) 954-0506

| INVOICE NUMBER | DATE |
|---|---|
| 56408EDA | 08/30/05 |

To:

Cardinal Law Group
1603 Orrington
Suite 2000
Evanston, IL 60201

ATTN : Tim Newman, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|
| | |

**YOUR REFERENCE NUMBER:**

**CAPTION:**

MYMAIL VS. AMERICA ONLINE

THANK YOU!

BALANCE DUE

| TOTAL | |
|---|---|
| | 539.54 |

*Thank You*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

For Invoice Questions,
Please Call
214-257-1436
Fax 214-954-0506

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 53016   TOT: $539.54
INVOICE #: 56408EDA
DATE: 08/30/05

Cardinal Law Group
Attn: Tim Newman, Esq.
1603 Orrington
Suite 2000
Evanston, IL 60201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



## ESQUIRE DEPOSITION SERVICES, LLC
### A Hobart West Company
Tax ID # 22-3779684
3101 BEE CAVES ROAD, #220
AUSTIN, TEXAS 78746
(512)328-5557  FAX (512)328-8139

179912    HOWAR01

| INVOICE NUMBER | DATE |
|---|---|
| 193215EAN | 09/15/05 |

**To:**

Cardinal Law Group
1603 Orrington Avenue, Suite 2000
Evanston, IL 60201

ATTN : Timothy G. Newman, Esq.

**Due Upon Receipt**

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

MYMAIL V. AMERICA ONLINE, INC.

SERVICES PROVIDED ON 09/01/05:
Jamie Fisher                   1- 186   186 PGS                                1CC

Copy of Deposition
Complimentary condensed copy
Copy Per Diem (in quarter hrs)
Daily Copy Surcharge
Admin/Rule 203
Transcript/Copy Indexing
CD-EXHIBITS/TRANSCRIPTS
Email Copy
UPS Copy

Thank You!

BALANCE DUE

| | TOTAL | | Thank You |
|---|---|---|---|
| | | 735.10 | |

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.
**Please detach and send with payment**

For Invoice Questions,
Please Call
(210)331-2280
Fax (210)558-3670

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remit To:**

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 179912  TOT: $735.10
INVOICE #: 193215EAN
DATE: 09/15/05

Cardinal Law Group
Attn: Timothy G. Newman, Esq.
1603 Orrington Avenue, Suite 2000
Evanston, IL 60201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    52240      RANDB01
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Tel(214)257-1436      Fax(214)954-0506

Cardinal Law Group
1603 Orrington                                    55615EDA   07/22/05
Suite 2000
Evanston, IL 60201                                           12/21/05

ATTN : Tim Newman, Esq.


MYMAIL VS. AMERICA ONLINE

SERVICES PROVIDED ON 06/29/05:
Paul Bereyso                      1- 205   205 PGS                    1CC

Copy of Deposition
Administration Fee
1" Binders
2" Binders
3" Binders
Condensed Transcript
Word Index
E-Trans diskette/per witness
Exhibits
Exhibit Tabs
Shipping & Handling

**** CONTINUED ****

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684                    PAGE  2
1700 Pacific Avenue, Suite 4750         52240    RANDB01
Dallas, TX 75201
Tel(214)257-1436      Fax(214)954-0506

Cardinal Law Group
1603 Orrington
Suite 2000                              55615EDA   07/22/05
Evanston, IL 60201
                                        12/21/05

ATTN : Tim Newman, Esq.


MYMAIL VS. AMERICA ONLINE

THANK YOU!


PAYMENTS RECEIVED                       -1,767.80

BALANCE DUE                             0.00

Any amounts not paid within 40 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of     For Invoice Questions,
one and one half percent (1.5%) per month or the maximum rate allowed by law.      Please Call
Contact us immediately with questions or corrections regarding billing or payment.   214-257-1436
No adjustments or refunds will be made after 120 days from date of payment.     Fax 214-954-0506

- -- - - -   - -- -- -- - - - -  - ·· - - - -- - - - - - - - - - - -- - - - -

**Esquire Deposition Services, LLC**       JOB: 52240  TOT: $0.00
P.O. Box 827829                           INVOICE #: 55615EDA
Philadelphia, PA 19182-7829               DATE: 12/21/05
Tax ID # 22-3779684


Cardinal Law Group
Attn: Tim Newman, Esq.
1603 Orrington
Suite 2000
Evanston, IL 60201



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          54135     HAYNC01
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Tel (214) 257-1436     Fax (214) 954-0506

To:

Cardinal Law Group
1603 Orrington
Suite 2000
Evanston, IL 60201

| INVOICE NUMBER | DATE |
|---|---|
| 57352EDA | 10/24/05 |

ATTN : Tim Newman, Esq.

**Due Upon Receipt**

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

    MYMAIL VS. AMERICA ONLINE

SERVICES PROVIDED ON 10/11/05:
Paul Bereyso                1- 129   129 PGS                                1CC

Copy of Deposition
Administration Fee
CD-Litigation Support
Shipping & Handling
THANK YOU!

**BALANCE DUE**                                    **TOTAL** | 292.85 | *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.
Please detach and send with payment

**For Invoice Questions,**
**Please Call**
214-257-1436
Fax 214-954-0506

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 54135   TOT: $292.85
P.O. Box 827829                              INVOICE #: 57352EDA
Philadelphia, PA 19182-7829                  DATE: 10/24/05
Tax ID # 22-3779684

Cardinal Law Group
Attn: Tim Newman, Esq.
1603 Orrington
Suite 2000
Evanston, IL 60201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Tel (214) 257-1436    Fax (214) 954-0506

53015    GLO   01

| INVOICE NUMBER | DATE |
|---|---|
| 57386EDA | 10/26/05 |

To:

Cardinal Law Group
1603 Orrington
Suite 2000
Evanston, IL 60201

ATTN : Tim Newman, Esq.

**Due Upon Receipt**

| AMOUNT DUE | ENCL. |
|---|---|
| | |

**YOUR REFERENCE NUMBER:**

**CAPTION:**

MYMAIL VS. AMERICA ONLINE

SERVICES PROVIDED ON 08/11/05:

CD's
RE: Rey Santelises
Video Administration Fee
Digitizing of Video
Shipping & Handling
THANK YOU!

**BALANCE DUE**

TOTAL

331.25   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
214-257-1436
Fax 214-954-0506

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 53015  TOT: $331.25
P.O. Box 827829                               INVOICE #: 57386EDA
Philadelphia,PA 19182-7829                    DATE: 10/26/05
Tax ID # 22-3779684

Cardinal Law Group
Attn: Tim Newman, Esq.
1603 Orrington
Suite 2000
Evanston, IL 60201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON, TEXAS 77002-9547
(713) 524-4600  FAX (713) 524-4951

81269    LOY P01

To:

CARDINAL LAW GROUP
1603 ORRINGTON AVENUE
SUITE 2000
EVANSTON, IL 60201

ATTN : TIMOTHY G. NEWMAN, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 84855EHO | 09/15/05 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

MYMAIL VS. AMERICA ONLINE

| SERVICES PROVIDED ON 09/07/05: | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| WALTER BRATIC | 1- 116  116 PGS @ $1.65 | 191.40 | 1CC |
| ADMINISTRATIVE FEE (COPY) | | 30.00 | |
| INDEX TAB(S) FOR COPY | | 0.50 | |
| BINDER(S)/COVER(S) FOR COPY | | 5.00 | |
| KEYWORD INDEX | | 15.00 | |
| CD-Exhibits/Transcript | | 35.00 | |
| E-MAIL (COPY) | | 25.00 | |
| DELIVERY/SHIPPING/HANDLING | | 15.00 | |

BALANCE DUE

| TOTAL | 316.90 | Thank You |
|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

Esquire Deposition Services, LLC
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 81269  TOT: $316.90
INVOICE #: 84855EHO
DATE: 09/15/05

CARDINAL LAW GROUP
Attn: TIMOTHY G. NEWMAN, ESQ.
1603 ORRINGTON AVENUE
SUITE 2000
EVANSTON, IL 60201



ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



June 6, 2005

Mr. Tim Newman
Cardinal Law Group
1603 Orrington, Suite 2000
Evanston, Illinois 60201

> *Re:* No. 6:04-CV-189; In the U.S. District Court for the Eastern District of
> Texas, Tyler Division; MyMail, Ltd v. America Online, Inc., et al.

\* \* \* \* \* \*

### INVOICE # SG-711.d

\* \* \* \* \* \*

Oral Deposition of Channing Corn (6-3-05)
    Costs and services for preparing
    copy of transcript (w/out exhibit volume) ----------------------------$193.00

eTranscript -----------------------------------------------------------------------no charge

    *TOTAL* -----------------------------------------------------------------*$193.00*

Please make reference to Invoice # sg-711.d when making payment.
**ALL INVOICES DUE AND PAYABLE UPON RECEIPT.**

TAX ID NUMBER: 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

*THANK YOU!*

# Huron Reporting Service and Video Conferencing Center

623 West Huron Street
Ann Arbor, MI 48103
734-761-5328 Fax: 734-761-7054
mail@huron4deps.com 1-800-783-DEPO

*PAID*

| REPORTER | **INVOICE** | |
|---|---|---|
| BARB T | DATE | INVOICE # |
| 174 | 8/16/2005 | A-6773 |

| BILL TO | CASE NAME |
|---|---|
| **CARDINAL LAW GROUP**<br>**1603 ORRINGTON AVE., # 2000**<br>**EVANSTON, IL 60201** | MyMail<br>V<br>AOL |

| EIN: 38-2135450 | DEP. DATE | TERMS | DUE DATE | FILE NAME |
|---|---|---|---|---|
| | 8-12-2005 | COD | 8/16/2005 | 081205JV |

| ITEM | DEPOSITION OF: | AMOUNT |
|---|---|---|
| COD | PLEASE VERIFY SHIPPING ADDRESS TO AVOID DELAYS AND EXTRA CHARGES TO YOUR FIRM.<br><br>*********************************************************************** | |
| MINI<br>EMAIL<br>UED | VOLLBRECHT, JOHN<br>TRANSCRIPT EMAILED<br>UPS / EXHIBITS / E-TRAN DISK | 426.30<br>10.00<br>119.75 |

| DATE PAID | | CHECK NUMBER & AMOUNT | |
|---|---|---|---|

| TO SCHEDULE A DEPOSITION - PLEASE VISIT US AT WWW.HURON4DEPS.COM | **TOTAL** | **$556.05** |
|---|---|---|

**This invoice was paid for with your credit card. Do not submit for payment. Thank you.**

# KOOLE COURT REPORTERS OF TEXAS

711 Navarro Street, Ste. 101
San Antonio, Texas 78205
(210) 558-9484  FAX (210) 558-3129

*INVOICE*

CARDINAL LAW GROUP
1603 Orrington Ave., Ste. 2000
Evanston, IL  60201
(847) 905-7111

Invoice No.:     204-3575
Invoice Date:    09/27/04

Atty:  Timothy G. Newman

Reporter:  Jean

## Description

**RE:**  *MYMAIL, LTD. vs. AMERICAONLINE, INC., ET AL.*
**In the U.S. District Court for the Eastern District of Texas, Tyler Division; Case No. 6:01-CV-189**

**Witness:**     **DARVIN HOOEY**

**Taken:**       **9/21/04**
                 **San Antonio, TX**

SBC / 7780153

**Invoice Total:**   **$ 357.91**

## Thank you for using Koole Court Reporters.
### DUE UPON RECEIPT
#### Federal ID #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

Visual Connections
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(301) 762-8547   Fax (301) 762-0898

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 150680 | 09/13/2005 | 06-61773 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/15/2005 | LEGAS9 | 6:04-CV-189 |

| CASE CAPTION |
|---|
| MyMail, Ltd. -v- America Online, Inc., et al |

| TERMS |
|---|
| Due upon receipt |

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

```
Videography Services for the Depo of:
   Andrew Viger
            Two-hour minimum                                          425.00
            DVD/CD                                                      50.00
            OVERNIGHT/MESSENGER DELY                                    25.00
                                                                     _____
                                         TOTAL  DUE  >>>>              500.00

                                   AFTER 10/13/2005 PAY                550.00

Deposition held in Austin, Texas

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO.: 20-3180453                                    (847) 905-7111    Fax (847) 905-7113

*Please detach bottom portion and return with payment.*

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

```
Invoice No.:  150680
Date      :  09/13/2005
TOTAL DUE  :     500.00
AFTER 10/13/2005 PAY : 550.00


Job No.   :  06-61773
Case No.  :  6:04-CV-189
MyMail, Ltd. -v- America Online, Inc
```

Remit To:   **L.A.D. Acquisition Corp.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 126805 | 11/18/2004 | 01-44338 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/03/2004 | GOMEDI | 6:04-CV-189 |

**CASE CAPTION**

MyMail, Ltd. -v- America Online, Inc., et al

**TERMS**

Due upon receipt

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave
Suite 2000
Evanston, IL 60201

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Thomas D. Selgas, Vol. 3              295 Pages          811.25
        EXHIBITS                         390 Pages           97.50
        OVERNIGHT/MESSENGER DELY                             30.00

                        TOTAL  DUE  >>>>                     938.75

                    AFTER 12/18/2004 PAY                   1,032.63

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
Please note that L.A.D. will attempt to
accommodate third-party billing requests.
However, such accommodation in no way
relieves the party who originally ordered
the above services of its obligation to pay
this invoice.

TAX ID NO.: 52-1684455                        (847) 905-7111   Fax (847) 905-7113

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127742 | 12/02/2004 | 24-44859 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/09/2004 | OLIVHA | 6:04-CV-189 |

**CASE CAPTION**

MyMail, Ltd. -v- America Online, Inc., et al

**TERMS**

Due upon receipt

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave
Suite 2000
Evanston, Il. 60201

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Michael B. Massing
      Transcript                      188.00 Pages                    554.60
      Photocopying of Exhibits                                        348.00
      OVERNIGHT/MESSENGER DELY                                         50.00

                              TOTAL  DUE  >>>>                         952.60

                     AFTER 01/01/2005 PAY                            1,047.86

Deposition held in Sunnyvale, California

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
Please note that L.A.D. will attempt to
accommodate third-party billing requests.
However, such accommodation in no way
relieves the party who originally ordered
the above services of its obligation to pay
this invoice.

TAX ID NO.: 52-1684455

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127885 | 12/02/2004 | 24-44856 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/07/2004 | OLIVHA | 6:04-CV-189 |

**CASE CAPTION**

MyMail, Ltd. -v- America Online, Inc., et al

**TERMS**

Due upon receipt

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave
Suite 2000
Evanston, IL 60201

1 CERTIFIED COPY OF TRANSCRIPT OF:
  John Everett Gmuender
      Transcript                        282.00 Pages                    831.90
      Photocopying of Exhibits                                          114.75

                                   TOTAL   DUE  >>>>                    946.65

                              AFTER 01/01/2005 PAY                    1,041.32

Deposition held in Santa Clara, California

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
Please note that L.A.D. will attempt to
accommodate third-party billing requests.
However, such accommodation in no way
relieves the party who originally ordered
the above services of its obligation to pay
this invoice.

TAX ID NO.: 52-1684455                              (847) 905-7111   Fax (847) 905-7113

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 149126 | 08/31/2005 | 24-61572 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/15/2005 | AFFIAU | 6:04-CV-189 |

| CASE CAPTION |
|---|
| MyMail, Ltd. -v- America Online, Inc., et al |

| TERMS |
|---|
| Due upon receipt |

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave,
Suite 2000
Evanston, IL 60201

```
ORIGINAL TRANSCRIPT OF:
   Andrew Viger
         Attendance Fee                                      60.00
         Transcript                   55.00 Pages           233.75
         OVERNIGHT/MESSENGER DELY                            20.00
                                                          _____
                               TOTAL   DUE   >>>>           313.75

                          AFTER 09/30/2005 PAY              345.13

Deposition held in Austin, Texas

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO.: 52-1684455                              (847) 905-7111   Fax (847) 905-7113

*Please detach bottom portion and return with payment.*

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave,
Suite 2000
Evanston, IL 60201

```
Invoice No.:  149126
Date      :  08/31/2005
TOTAL DUE  :     313.75
AFTER 9/30/2005 PAY : 345.13


Job No.   :  24-61572
Case No.  :  6:04-CV-189
MyMail, Ltd. -v- America Online, Inc
```

Remit To:    **L.A.D. Reporting & Digital Videography**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 152970 | 10/19/2005 | 24-64076 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/21/2005 | LEGADA | 6:04-CV-189 |

| CASE CAPTION |
|---|
| MyMail, Ltd. -v- EarthLink, et al |

| TERMS |
|---|
| Due upon receipt |

John R. Emerson, Esquire
Cardinal Law Group
1603 Orrington Ave,
Suite 2000
Evanston, IL 60201

```
ORIGINAL TRANSCRIPT OF:
    Brian Napper                        95 Pages                427.50
          Photocopying of Exhibits     41.00 Pages               10.25
          OVERNIGHT/MESSENGER DELY                               35.00
                                                                ------
                                  TOTAL  DUE  >>>>               472.75

                                  AFTER 11/18/2005 PAY           520.03

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
Deposition held in Dallas, TX
```

**TAX ID NO. :  20-3180453**

(847) 905-7111   Fax (847) 905-7113

*Please detach bottom portion and return with payment.*

John R. Emerson, Esquire
Cardinal Law Group
1603 Orrington Ave,
Suite 2000
Evanston, IL 60201

```
Invoice No.:   152970
Date       :   10/19/2005
TOTAL DUE  :      472.75
AFTER 11/18/2005 PAY : 520.03


Job No.    :  24-64076
Case No.   :  6:04-CV-189
MyMail, Ltd. -v- EarthLink, et al
```

Remit To:   **L.A.D. Acquisition Corp.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410    Fax  (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122857 | 10/05/2004 | 24-42103 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/15/2004 | PARKRE | |

| CASE CAPTION |
|---|
| MyMail, Ltd. V. AOL, Inc. et al. |

| TERMS |
|---|
| Due upon receipt |

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave
Suite 2000
Evanston, IL 60201

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Lucien Osentowski, Vol. 1
        Transcript                              322.00 Pages                                   885.50
        Photocopying of Exhibits                                                               187.50

                                              TOTAL  DUE  >>>>                               1,073.00

                                          AFTER 11/04/2004 PAY                               1,180.30

Deposition held in Dallas, Texas
Photocopying of exhibits includes color copies.

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
Please note that L.A.D. will attempt to
accommodate third-party billing requests.
However, such accommodation in no way
relieves the party who originally ordered
the above services of its obligation to pay
this invoice.

---

**TAX ID NO. :** 52-1684455                                    (847) 905-7111    Fax (847) 905-7113

*Please detach bottom portion and return with payment.*

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave
Suite 2000
Evanston, IL 60201

Invoice No.:  122857
Date      :  10/05/2004
**TOTAL DUE  :   1,073.00**
AFTER 11/4/2004 PAY : 1,180.30

Job No.    :  24-42103
Case No.   :
MyMail, Ltd. V. AOL, Inc. et al.

Remit To:    **L.A.D. Reporting & Digital Videography**
             **1684 East Gude Drive**
             **Suite 201**
             **Rockville, MD 20850**

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122882 | 10/05/2004 | 24-42739 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/16/2004 | PARKRE | |

**CASE CAPTION**

MyMail, Ltd. V. AOL, Inc. et al.

**TERMS**

Due upon receipt

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave
Suite 2000
Evanston, IL 60201

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Lucien Osentowski, Vol. 2
        Transcript                            32.00 Pages                                    88.00

                                    **TOTAL DUE >>>>**                  **88.00**

                                    AFTER 11/04/2004 PAY                96.80

Deposition held in Dallas, Texas

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
Please note that L.A.D. will attempt to
accommodate third-party billing requests.
However, such accommodation in no way
relieves the party who originally ordered
the above services of its obligation to pay
this invoice.

---

**TAX ID NO. : 52-1684455**                                (847) 905-7111   Fax (847) 905-7113

*Please detach bottom portion and return with payment.*

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave
Suite 2000
Evanston, IL 60201

```
Invoice No.: 122882
Date      : 10/05/2004
TOTAL DUE :      88.00
AFTER 11/4/2004 PAY : 96.80

Job No.   : 24-42739
Case No.  :
MyMail, Ltd. V. AOL, Inc. et al.
```

Remit To:    **L.A.D. Reporting & Digital Videography**
             **1684 East Gude Drive**
             **Suite 201**
             **Rockville, MD 20850**

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax  (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122869 | 10/05/2004 | 24-42104 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/16/2004 | PARKRE | |

| CASE CAPTION |
|---|
| MyMail, Ltd. -v- AOL, Inc., et al. |

| TERMS |
|---|
| Due upon receipt |

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave
Suite 2000
Evanston, IL 60201

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Thomas Salgas
      Transcript                 261.00 Pages                  717.75
      Photocopying of Exhibits                    103.50
      OVERNIGHT/MESSENGER DELY                    21.00

                          **TOTAL DUE  >>>>**      **842.25**

                 AFTER 11/04/2004 PAY         926.48

Deposition held in Dallas, Texas
Photocopying of exhibits includes color copies.

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
Please note that L.A.D. will attempt to
accommodate third-party billing requests.
However, such accommodation in no way
relieves the party who originally ordered
the above services of its obligation to pay
this invoice.

---

**TAX ID NO.: 52-1684455**                            (847) 905-7111   Fax  (847) 905-7113

*Please detach bottom portion and return with payment.*

Timothy G. Newman, Esquire
Cardinal Law Group
1603 Orrington Ave
Suite 2000
Evanston, IL 60201

Invoice No.:  122869
Date      :  10/05/2004
**TOTAL DUE :**    **842.25**
AFTER 11/4/2004 PAY : 926.48

Job No.    :  24-42104
Case No.  :
MyMail, Ltd. -v- AOL, Inc., et al.

Remit To:   **L.A.D. Reporting & Digital Videography**
           **1684 East Gude Drive**
           **Suite 201**
           **Rockville, MD 20850**

722763CARDINAL.txt

For questions regarding orders or product services,
please call either 1.800.445.9760 or 1.703.916.1500
**********************************************************************

Command line searching will be available on MicroPatent in mid June!
See the last page of your invoice for more details.

Thank you for using Faxpat.

=========================================================================
=====================
ORDER NUMBER  581547 , Login  52339 , User Name/Attn to: Anthony Sheldon
Date        Type           Desc                Docket/Userdef       Price
----------  -------------  ------------------  -------------------  -------
2004-05-18  E2000          6571290             7780/53              456.25
2004-05-18  E2300          Hardcopy            7780/53               25.00
2004-05-18  SHIPPING       SHIPPING            FexEx Overnight AM    25.05
----------  -------------  ------------------  -------------------  -------
Subtotal for ORDER NUMBER        581547                             506.30

----------  -------------  ------------------  -------------------  -------
SubTotal:                                                           506.30


---------------------------------------       --------
-------------------------------
SUBTOTAL:                                      506.30

BALANCE FORWARD:                               1601.70
AMOUNT DUE:                                    2108.00 Payment Due


                    TERMS: DUE ON RECEIPT
                All prices are in U.S. Dollars
=========================================================================

Add power, productivity, and speed to your PatSearch FullText research
with MicroPatent's new command line interface (CLI).  You will search
directly on top of our full-text database, with the ability to drill down
into the exact content you want, browse the index in 'tail', 'root', or 'expand'
modes,
and stack queries for further efficiency and flexibility.  These are just
some of the beneficial features you can utilize with command line searching.
To find out more and to add CLI to your MicroPatent subscription, contact
our U.S. office at 800.648.6787 or +1.203.466.5055,
or our London office at +44 (0) 20.7940.4590.

Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax  (202) 289-0566

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 998170 | 08/19/2005 | 01-21847 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/29/2005 | SCHUPI | 6:04-CV-189 |

| CASE CAPTION |
|---|
| My Mail, LTD v. AOL, et al |

| TERMS |
|---|
| Due upon receipt |

Tim Newman, Esq.
Cardinal Law Group
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    ANDREW FRYEFIELD             142 Pages @      2.65/Page      376.30
        EXHIBITS                 458 Pages @       .25/Page      114.50
        Condensed Trans w/ Index                                  15.00
        Disk: ASCII Format                                        10.00
        Shipping & Handling                                       18.00
                                                              ----------
                                TOTAL  DUE  >>>>               533.80

Bedminster, New Jersey
```

**TAX ID NO.:** 52-1358946                                                    (847) 905-7111

*Please detach bottom portion and return with payment.*

Tim Newman, Esq.
Cardinal Law Group
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

```
Job No.   :  01-21847
Case No.  :  6:04-CV-189
My Mail, LTD v. AOL, et al

Invoice No.:  998170
Date      :  08/19/2005
TOTAL DUE :      533.80
```

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____

VISA/MC/AmExp #: _____

Amount to Charge: _____

Exp. Date: _____   Phone #: _____

Cardholder's Signature: _____

Remit To:   **Olender Reporting, Inc.**
            **1522 K Street, NW, Suite 720**
            **Washington, DC 20005**

Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax (202) 289-0566

# STATEMENT



| ACCOUNT NO. | | DATE |
|---|---|---|
| CARDEV01 | | 10/03/2005 |

Tim Newman, Esq.
Cardinal Law Group
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 2,443.40 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 2,443.40 |

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 08/19/2005 | 998170 | 533.80 | 07/29/2005 | ANDREW FRYEFIELD | My Mail, LTD v. AOL, et al |
| 08/25/2005 | 998226 | 1,909.60 | 08/19/2005 | Dr. JEFFEREY O. SMIT | My Mail, LTD v. AOL, et al |

*previous invoice,*
*get notes*

*new charge*

**TAX ID NO. :**    52-1358946

*Please detach bottom portion and return with payment.*

Tim Newman, Esq.
Cardinal Law Group
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

Account No.:  CARDEV01
Date        : 10/03/2005

**TOTAL DUE :  2,443.40**

Remit To:    **Olender Reporting, Inc.**
             **1522 K Street, NW, Suite 720**
             **Washington, DC 20005**

Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108  Fax (202) 289-0566

Tim Newman, Esq.
Cadinal Law Group
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 997016 | 12/03/2004 | 01-20969 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/04/2004 | AVERBE | 6:04-CV-189 |

**CASE CAPTION**

My Mail v. AOL, et al.

**TERMS**

Due upon receipt

1 CERTIFIED COPY OF TRANSCRIPT OF:
  JOSEPH FRANK SCHOBER
    Rough Draft            232  Pages @    2.25/Page    522.00
    Disk: ASCII Format    232.00 Pages @   1.50/Page    348.00
    Shipping & Handling                                  10.00
                                                         36.00

                              TOTAL  DUE  >>>>          916.00

7130 13

(847) 905-7111

TAX ID NO.:  52-1358946

Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax (202) 289-0566

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 997778 | 06/01/2005 | 01-21662 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/27/2005 | SIMOMA | 6:04-CV-189 |

| CASE CAPTION |
|---|
| My Mail v. AOL |

| TERMS |
|---|
| Due upon receipt |

Tim Newman, Esq.
Cardinal Law Group
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  ROBERT GREGORY LAVENDER        264 Pages @      2.25/Page      594.00
        EXHIBITS                 184 Pages @       .25/Page       46.00
        E-Transcript          264.00 Pages @       .25/Page       66.00
        Shipping & Handling                                       42.00
                                                              _____
                            TOTAL   DUE   >>>>                    748.00
```

RECEIVED

JUN 0 2 2005

CARDINAL LAW GROUP

**TAX ID NO. :**  52-1358946                                   (847) 905-7111

*Please detach bottom portion and return with payment.*

# INVOICE

# *Reitman Video Specialists, Inc.*

**504 Horton**
**Northville, MI 48167**    Tax # 38-3332005    **INVOICE# 7640**
**248.344.4271**    **Fax # 248.344.4294**    trvi@aol.com

**DATE: 8/19/05**

To: **Timothy Newman**
Cardinal Law Group
1603 Orrington Ave.
Suite 2000
Evanston, Illinois 60201

| Services | Amount |
|---|---|
| One Copy of the video deposition of JOHN VOLLBRECHT taken on 8/12/05 in Ann Arbor, Michigan. | |
| BILLING: Tape Time: 5 hrs. @$35/1st hr., $30/additional hrs. | **$155.00** |
| CASE: MY MAIL VS. AMERICAL ONLINE | |

**Due Upon Receipt**

| | |
|---|---|
| Total: | 155.00 |
| Shipping: | 7.50 |
| **Total Due:** | **$162.50** |

*Thank You*

# SONNTAG REPORTING SERVICE Ltd.

CHICAGO • GENEVA • ST. CHARLES • WHEATON

- Realtime Reporting
- Videotaping
- Record Copy
- Litigation Support
- CART Services

## INVOICE

To:

Mr. Timothy G. Newman
Cardinal Law Group
Suite 2000
1603 Orrington Avenue
Evanston, IL 60201

Invoice No. : 63861
Inv. Date   : 07/25/2005
Job Date : 07/22/2005
Job No.  : 50398
Reporter : CRC
Firm Code: CARD  02
Ref. No.:
Tax ID # : 36-2778613
Shipped  : 07/25/2005

Caption: 6:04-CV-189
        MyMail, Ltd.

        America Online, Inc., et al.

| DESCRIPTION | | QTY | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| Thomas Blahuta | ORIGINAL TRANSCRIPT | 1 | 41 | 3.50 | 143.50 |
| | Attendance | | | | 142.50 |
| | WORD INDEX-NO CHARGE | | | | 0.00 |
| | ROUGH/FINAL ASCII | | | | 30.75 |
| | TRAVEL CREDIT | | | | -52.50 |
| | S & H - REGULAR UPS | | | | 8.00 |
| | Total Amount Due | | | | 272.25 |

Deduct 5%  if paid by 08/24/2005



**Billing Address:     P.O. Box 147     Geneva, IL 60134**
**Ph 800.232.0265 • sonntagreporting.com • Fax 630.232.4999**

# SONNTAG *REPORTING SERVICE Ltd.*

*CHICAGO • GENEVA • ST. CHARLES • WHEATON*

• Realtime Reporting
• Videotaping
• Record Copy
• Litigation Support
• CART Services

## INVOICE

To:
Mr. Timothy G. Newman
Cardinal Law Group
Suite 2000
1603 Orrington Avenue
Evanston, IL  60201

Invoice No. : 63578
Inv. Date   : 06/20/2005
Job Date : 06/03/2005
Job No.  : 50236
Reporter : MHS
Firm Code: CARD  02
Ref.  No.:
Tax ID # : 36-2778613
Shipped  : 06/17/2005

Caption: 6:04-CV-189
        MyMail, Ltd.


        America Online, Inc., et al.


| DESCRIPTION | | QTY | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| Lash R. Bellavia | COMPRESSED TRANSCRIPT | 1 | 59 | 2.50 | 147.50 |
| | WORD INDEX-NO CHARGE | | | | 0.00 |
| | EXHIBIT PHOTOCOPIES | | | | 1.50 |
| | S & H - REGULAR UPS | | | | 8.00 |
| | Total Amount Due | | | | 157.00 |

Deduct 5%  if paid by 07/20/2005



**Billing Address:**     **P.O. Box 147     Geneva, IL 60134**
**Ph 800.232.0265 • sonntagreporting.com • Fax 630.232.4999**